

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: mars@khaimovlaw.com

October 11, 2022

**BY ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007



    Re:    <u>Re: Dicks v. Sears Authorized Hometown Stores, LLC, Case 1:22-cv-6634-KPF</u>

To the Honorable Judge Failla,

    Plaintiff submits this letter-motion seeking an adjournment of the initial pretrial conference, currently scheduled for October 14, 2022. Plaintiff has not been in communication with the Defendant. Defendant's time to respond to the action expires on October 18, 2022. As such, Plaintiff requests that the conference be adjourned to November 18, 2022. If the Defendant fails to appear leading up to the new conference date, Plaintiff will move for a default judgment in accordance with Your Honor's Individual Rules. This is the first time this relief is being requested.

    Plaintiff thanks the court for its attention and consideration to this matter.

    Respectfully submitted,

    <u>/s/ Mars Khaimov</u>
    *Attorneys for Plaintiff*



Application GRANTED. The initial pretrial conference currently scheduled for October 14, 2022, is hereby **ADJOURNED to November 22, 2022, at 2:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 7.

Dated:	October 11, 2022	SO ORDERED.
	New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE