# LUPKIN PLLC

80 Broad Street, Suite 1301
New York, NY 10004

———

Tel: (646) 367-2771
Fax: (646) 219-4870
www.lupkinpllc.com

November 18, 2022

**VIA ECF and EMAIL** (Failla_NYSDChambers@nysd.uscourts.gov)

Hon. Katherine Polk Failla
United States District Court
   for the Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re:    *Dicks v. Sears Authorized Hometown Stores*, **LLC (22-cv-06634 (KPF))**
     Request on Consent for Adjournment of Nov. 22, 2022 Initial Pretrial Conference

Dear Judge Failla:

This firm represents defendant Sears Authorized Hometown Stores, LLC ("Sears") in the above-referenced matter, which filed its answer on November 8, 2022. I am writing to request respectfully an adjournment of the upcoming initial pretrial conference, presently scheduled for November 22, 2022, until December 12, 2022. I have consulted with adversary counsel, who consents to the present request. This is Sears' first request for an adjournment of the initial pretrial conference date, and I am requesting the adjournment for personal family reasons.

We thank the Court in advance for its prompt attention to this matter.

Respectfully,

*/s/ Jonathan D. Lupkin*

Jonathan D. Lupkin

cc: All counsel of record (via ECF and email)

Application GRANTED. The initial pretrial conference scheduled to take place on November 22, 2022, is hereby **ADJOURNED to December 13, 2022, at 11:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 14.

Dated:   November 18, 2022          SO ORDERED.
         New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE